33258. REDWINE, Commissioner, *v.* SOUTHERN WINE COMPANY.

WORRILL, J. This case is controlled by the ruling made in *Redwine, Commissioner*, v. *Arvaniti*, ante, p. 203. The court erred in sustaining the general demurrer and plea in bar and in dismissing the petition for the reasons assigned.

*Judgment reversed. Sutton, C.J., and Felton, J., concur.*

DECIDED JANUARY 27, 1951.

*Eugene Cook,* Attorney-General, *Robert Andrews,* for plaintiff.

*Mixon & Forrester,* for defendant.